Samuel Joseph ETTIPIO

v.

STATE.

No. 1031–90.

Court of Criminal Appeals of Texas, En Banc.

Oct. 2, 1991.

Appeal from 351st District Court, Harris County; L. Salenas, Judge.

Prior report: Tex.App., 794 S.W.2d 871 (1990).

On appellants' petition for discretionary review: dismissed as improvidently granted.

---

Robert CREE

v.

STATE.

No. 1015–91.

Court of Criminal Appeals of Texas, En Banc.

Oct. 2, 1991.

Appeal from 347th Judicial District Court, Nueces County; Eric Brown, Judge.

Prior report: Tex.App., 814 S.W.2d 74 (1991).

On appellants' petition for discretionary review: abated.